IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON W. McNEAL,

        Plaintiff,

  v.

MS. COBBS, et al.,

        Defendants.
_____/

No. 2:05-cv-0477-MCE-DAD-P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 30, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

///

1

1 Plaintiff has filed Objections to the Findings and
2 Recommendations.
3     In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendations to
7 be supported by the record and by proper analysis.
8     Accordingly, IT IS HEREBY ORDERED that:
9     1.  The Findings and Recommendations filed March 30, 2006,
10 are adopted in full;
11     2.  Plaintiff's March 10, 2005 Application to Proceed in
12 Forma Pauperis is denied;
13     3.  Plaintiff's claims against Defendant Runnels are
14 dismissed with prejudice as frivolous;
15     4.  Plaintiff's claims against Defendant Cobbs are dismissed
16 without prejudice for failure to exhaust administrative remedies
17 prior to bringing this action; and
18     5.  This action is dismissed.
19 DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE